IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01751-OES

JOHNNY L. REYNOLDS,

    Applicant,

v.

WARDEN GARY WATKINS,
DEPARTMENT OF CORRECTIONS (CDOC), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
COLORADO

OCT 28 2005

GREGORY C. LANGHAM
CLERK

## SECOND ORDER TO RESPOND

Before the Court is Applicant Johnny L. Reynolds' Response to Order to Clarify. In the Response, Applicant raises three issues. First, he indicates that he desires to pursue the issue of ineffective assistance of counsel with the state's highest court, as he believes that this is the advise provided by the Court. The Court does not provide legal advise. The October 19 Order instructed Applicant to clarify to the Court which claims he intends to raise before the Court. Applicant also was instructed that either he may proceed with only exhausted claims or dismiss the action as a mixed petition.

As for Applicant's second issue, the September 29 Order he references is an order entered in a separate case, Case No. 05-cv-01595-ZLW. In Case No. 05-cv-01595-ZLW, the Court directed Applicant to cure deficiencies. He also was instructed in that case to use the civil action number assigned to that case when filing all future

papers, which he failed to do when submitting an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and which resulted in the opening of the instant action. The dismissal in Case No. 05-cv-01595-ZLW has nothing to do with the instructions given to Applicant in the Court's October 19, 2005, Order in the instant case.

As for Applicant's request for appointment of counsel, the request will be denied as premature. Whether to proceed with exhausted claims or to dismiss the instant action without prejudice so that he may exhaust unexhausted claims in state court does not require assistance of counsel. Applicant will be directed to respond and to inform the Court whether he elects to proceed in the instant case with only exhausted claims or dismiss the instant action so that he may exhaust any unexhausted claims in state court. Accordingly, it is

ORDERED that Applicant shall respond as directed above. It is

FURTHER ORDERED that the Response shall be titled "Second Response" and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294, within thirty days from the date of this Order. It is

FURTHER ORDERED that if Mr. Reynolds fails to respond to the Court's satisfaction, within the time allowed, the Court will deny the Application and dismiss the action without further notice. It is

FURTHER ORDERED that the Applicant's request for appointment of counsel is denied as premature.

DATED at Denver, Colorado, this 28 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01751-OES

Johnny L. Reynolds
Reg. No. 113703
FCF – 6 Upper
P.O. Box 999
Canon City, CO 81215-0999

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/28/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk