IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 22 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01751-LTB-BNB

JOHNNY L. REYNOLDS,

Applicant,

v.

WARDEN GARY WATKINS,
DEPARTMENT OF CORRECTIONS (CDOC); and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

**ORDER**

---

TO: The above-named Respondent(s), Greetings:

In view of the Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254, filed by the Applicant, alleging that he is being held illegally,

IT IS ORDERED that you, the Respondent(s), shall file an answer to the Application on or before **December 21, 2005**, with the Clerk of this Court at the United States Courthouse, 901 19th Street, Denver, Colorado 80294.

IT IS FURTHER ORDERED that Applicant has to and including **January 23, 2006**, in which to file his traverse to the answer.

Dated November 21, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01751-LTB-BNB

Johnny L. Reynolds
Prisoner No. 113703
Fremont Correctional Facility
PO Box 999
Canon City, CO 81215- 0999

Gary Watkins, and Department of Corrections
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

John Suthers, Attorney General
Office of the Attorney General
c/o Laurie Booras, Assistant Attorney General

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for process of service on Gary Watkins and The Department of Corrections, and to Laurie Booras: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 9/8/05, AND CONSENT FORM on 11/22/05   .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk