**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01751-LTB-BNB

JOHNNY L. REYNOLDS,
          Applicant,

v.

WARDEN GARY WATKINS,
DEPARTMENT OF CORRECTIONS (CDOC); and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
          Defendants.
_____

**ORDER**
_____

On March 30, 2006, the Magistrate Judge entered his Order and Recommendation in this 28 U.S.C. § 2254 proceeding.  The Magistrate Judge ordered that Petitioner's request for appointment of counsel be denied.  He further recommended that the Application be denied.

Applicant timely filed a general objection to the recommendation together with a motion for an extension of time to file more specific objections to the recommendation.  Being sufficiently advised

IT IS ORDERED that Applicant shall have to and including **Friday, June 2, 2006** to file specific written objections to the Magistrate Judge's recommendation to supplement that general objection filed April 12, 2006.

          BY THE COURT:

            s/Lewis T. Babcock
          Lewis T. Babcock, Chief Judge

DATED: May 11, 2006