**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01751-LTB-BNB

JOHNNY L. REYNOLDS,

      Applicant,

v.

WARDEN GARY WATKINS,
DEPARTMENT OF CORRECTIONS (CDOC); and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Defendants.
_____

**ORDER**
_____

This matter is before me upon the recommendation of the Magistrate Judge that the Applicant's 28 U.S.C. § 2254 application be denied and the Magistrate Judge's order that Applicant's request for appointment of counsel is denied. Applicant has now filed timely written objections to the Magistrate Judge's order and recommendation filed March 30, 2006. Applicant again asks that counsel be appointed to represent him.

I have therefore reviewed the recommendation *de novo* in light of the objections to it and the file in this action. On *de novo* review, I conclude that the recommendation upon the thorough analysis of the Magistrate Judge is correct.

I have reviewed the Magistrate Judge's order denying Applicant's request for appointment of counsel to determine whether it is clearly erroneous or contrary to law. I cannot conclude that the order of denial is either clearly erroneous or contrary to law.

Accordingly

IT IS ORDERED that the application is DENIED and the above action is DISMISSED.

IT IS FURTHER ORDERED that the Magistrate Judge's order denying Applicant's request for appointment of counsel is correct and therefore DENIED.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: June 19, 2006