IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01751-LTB-BNB

JOHNNY L. REYNOLDS,

  Applicant,

v.

WARDEN GARY WATKINS,
DEPARTMENT OF CORRECTIONS (CDOC), and
THE ATTORNEY GENERAL OF THE SATE OF COLORADO,

  Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Babcock, Chief Judge

  Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

  ORDERED that a certificate of appealability will not be issued.

  DATED at Denver, Colorado this   27th   day of July, 2006.

          BY THE COURT:

            s/Lewis T. Babcock
          JUDGE, UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO